O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL LOPEZ, | ) | CASE NO. SA CV 14-01369 SVW (RZ) |
|           Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF SANTA ANA, ET AL., | ) ) | |
|           Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: February 10, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE