O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL LOPEZ, | ) | CASE NO. SA CV 14-01369 SVW (RZ) |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED** ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF SANTA ANA, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge ("Report"). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report. As recommended in the Report, the Court DISMISSES the following defendants from the action without prejudice for lack of jurisdiction: California Attorney General Kamala Harris, Deputy Attorney General Jill Vander Borght and Supervising Deputy Attorney General Rene Lucaric.

DATED: April 30, 2015

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE