# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA ANA, et al.,<br><br>    Defendants. | Case No. CV 14-01369 SVW (RAO)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Final Report and Recommendation of United States Magistrate Judge ("Final Report"). Further, the Court has engaged in a *de novo* review of those portions of the Final Report to which Plaintiff has objected to. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///
///

1  IT IS ORDERED that judgment on the pleadings is granted for Defendants Santa Ana Police Department and Officer A. Garcia and Judgment shall be entered dismissing the First Amended Complaint and this action without leave to amend.

DATED: January 26, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2