JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL LOPEZ, | Case No. CV 14-01369 SVW (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF SANTA ANA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

DATED: January 26, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE